UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

Eastern District of Kentucky
**FILED**

JAN 23 2025

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.                                        INDICTMENT NO. 6:25-cr-008-REW
                                          21 U.S.C. § 846

MAIKELL A. ROJAS SANTOS

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

On or about April 10, 2022, in Knox County, in the Eastern District of Kentucky,

**MAIKELL A. ROJAS SANTOS**

did knowingly and intentionally distribute a quantity of pills containing oxycodone,

a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

A TRUE BILL

_____
CARLTON S. SHIER, IV
UNITED STATES ATTORNEY

# PENALTIES

Not more than 20 years imprisonment, not more than a $1,000,000 fine, and at least 3 years supervised release.

**PLUS:**     Mandatory special assessment of $100.

**PLUS:**     Restitution, if applicable.

Case: 6:25-cr-00008-REW-HAI   Doc #: 1   Filed: 01/23/25   Page: 2 of 2 - Page ID#: 2